Form onconv

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re:     Jonathan Richard Kampmann and Brenda Ann Kampmann
            Debtor

Case No.: 2:18−bk−72001
Chapter: 7
Judge: Ben T Barry

## ORDER AND NOTICE REGARDING CONVERSION

Conversion of this case from Chapter 13 to Chapter 7 is ordered by the court or was effective upon the filing of a notice of conversion.

YOU ARE HEREBY NOTIFIED THAT all schedules and statements previously filed in this case are deemed filed in the converted chapter. HOWEVER, if schedules and statements have not been previously filed, they must be filed within fourteen (14) days from the entry of this order and FAILURE TO TIMELY FILE MAY RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE OR HEARING.

YOU ARE FURTHER NOTIFIED THAT any additional documents required under the converted chapter must be filed by the debtor or trustee for the previous chapter within the time period(s) set forth in the Federal Rules of Bankruptcy Procedure.

Pursuant to 28 U.S.C. §1930(a), $ 0.00 is due for converting this case. The debtor(s) is hereby directed to pay this amount immediately to the Clerk of the United States Bankruptcy Court.

Dated: 4/12/19

*/s/ Ben Barry*

UNITED STATES BANKRUPTCY JUDGE