# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0861−2 | User: marybeth | Date Created: 4/12/2019 |
| Case: 2:18−bk−72001 | Form ID: onconv | Total: 41 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov |
| tr | Joyce Bradley Babin | ecfmail@13ark.com |
| aty | Jay W Kutchka | jkutchka@rbsr−attorneys.com |
| aty | Joel Grant Hargis | jhargis@justicetoday.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Jonathan Richard Kampmann | 606 N. 12th street | Fort Smith, AR 72901 | |
| jdb | Brenda Ann Kampmann | 606 N. 12th street | Fort Smith, AR 72901 | |
| cr | United Federal Credit Union | P.O. Box 125 | St. Joseph, MI 49085 | |
| 4949812 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern, PA 19355−0701 |
| 4941615 | Amex | Correspondence | Po Box 981540 | El Paso, TX 79998 |
| 4958188 | Ashley Funding Services, LLC its successors and | assigns as assignee of Laboratory | Corporation of America Holdings | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603−0587 |
| 4941617 | Blue Cross Blue Sheild Of Michigan | 600 East Lafayette Blvd | Detroit, MI 48226 | |
| 4941618 | Blue Cross Blue Sheild Of Michigan | 600 East Lafayette Blvd | Detroit, MI 48226 | |
| 4941616 | Blue Cross Blue Sheild Of Michigan | 600 East Lafayette Blvd | Detroit, MN 48226 | |
| 4941620 | Capital One | Attn: General Correspondence/Bankruptcy | Po Box 30285 | Salt Lake City, UT 84130 |
| 4941621 | Capital One | Attn: General Correspondence/Bankruptcy | Po Box 30285 | Salt Lake City, UT 84130 |
| 4941619 | Capital One | Po Box 30253 | Salt Lake City, UT 84130 | |
| 4949751 | Capital One Bank (USA), N.A. | PO Box 71083 | Charlotte, NC 28272−1083 | |
| 4947182 | CenturyTel of Russellville dba CenturyLink | Centurylink Communications, LLC.−Bankruptcy | 600 New Century Parkway | New Century, KS 66031 | |
| 4941622 | Centurylink | P.O. Box 4300 | Carol Stream, IL 60197 | |
| 4941623 | Chase Home Finance | JP Morgan Chase Bank, N.A. | P O Box 24696 | Columbus, OH 43224−0696 |
| 4941624 | Cisterna Emergency Physicians | P O Box 37769 | Philadelphia, PA 19101 | |
| 4941625 | Dept of Veterans Affairs | 1460 Patrick V McNamara | 477 Michigan Ave. | Detroit, MI 48226 |
| 4941626 | Fingerhut | Po Box 166 | Newark, NJ 07101 | |
| 4953582 | Jefferson Capital Systems, LLC | PO Box 7999 | St Cloud, MN 56302−9617 | |
| 4952819 | LVNV Funding, LLC its successors and assigns as | assignee of MHC Receivables, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603−0587 |
| 4958875 | LVNV Funding, LLC its successors and assigns as | assignee of NCOP X, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603−0587 |
| 4941627 | Labcorp | P.O. Box 2240 | Burlington, NC 27216 | |
| 4941628 | Laboratory Corporation of Amer | P O Box 2240 | Burlington, NC 27216−2240 | |
| 4941629 | Mercy Fort Smith | Po Box2580 | Springfield, MO 65801 | |
| 4945752 | Mercy Virtual Business Office | 1730 E Portland St | Springfield, MO 65804−1311 | |
| 4954958 | Midland Funding, LLC | Midland Credit Management, Inc. as agent | for Midland Funding, LLC | PO Box 2011 | Warren, MI 48090 |
| 4941630 | Nations Recovery Center, Inc. | P O Box 620130 | Atlanta, GA 30362−2130 | |
| 4941631 | Nationwide Credit, Inc. | P O 26314 | Lehigh Valley, PA 18002−6314 | |
| 4941632 | Paypal Credit | Po Box 105658 | Atlanta, GA 30348 | |
| 4956423 | Pinnacle Credit Services, LLC its successors and | assigns as assignee of Cellco | Partnership d/b/a Verizon Wireless | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603−0587 |
| 4941633 | Receivable Solution, Inc West | 625 Maryville Centre Drive | Suite 125 | Saint Louis, MO 63141 |
| 4941634 | SLS | P.O. Box 636005 | Littleton, CO 80163 | |
| 4960119 | SYNCHRONY BANK | c/o Weinstein & Riley, PS | 2001 Western Ave., Ste 400 | Seattle, WA 98121 |
| 4941635 | Specialized Loan Servicing, LL | Attn: Bankruptcy Dept. | 8742 Lucent Blvd., Suite 300 | Highlands Ranch, CO 80129 |
| 4941636 | Transworld Systems | P.O. Box 15095 | Wilmington, DE 19850 | |
| 4941637 | United Federal Credit | 2807 S State St | Saint Joseph, MI 49085 | |

TOTAL: 37